Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
Talvinder S. Bambhra, Esq. #230907
Staff Attorney
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JAMES RELAND WHITEHEAD<br>XXX-XX-8892<br><br>                  Debtor | CASE NO. 24-10441-A-13F<br><br>DC NO.: LGT-1<br><br>CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>DATE:  April 25, 2024<br>TIME:    9:30 am<br>PLACE: U.S. Courthouse<br>             5th Floor, Dept A, Courtroom 11<br>             2500 Tulare Street<br>             Fresno, CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

    **Lilian G. Tsang**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed on March 05, 2024, on the following grounds:

## I.

## BASIS OF OBJECTION

**1. The debtors plan fails to comply with the provisions of chapter 13 and with other applicable provisions of title 11. [11 U.S.C. §1325(a)(1)]**

    The Trustee has not yet concluded the Meeting of the Creditors as Debtor failed to provide several requested documents. The continued meeting will be held on April 23, 2024. Debtor is required to appear and submit to an examination under oath. [11 U.S.C. §343]. The Trustee may have further objections to the plan, based on the testimony of Debtor at the continued Meeting of the Creditors. This case is not ready to be confirmed. The Trustee will supplement this objection when the

Trustee becomes aware of further issues regarding confirmation as is required by Congress under 11 U.S.C. §1302(b)(2)(B).

Additionally, the plan provides for Planet Home Lending, secured by 296 N. Millard Ave., Fresno, CA, as a Class 4 creditor. On March 18, 2024, Planet Home Lending filed a proof of claim. Claim No. 5-1. According to the proof of claim there are pre-petition arrears in the amount of $11,856.93. Class 4 claims "are not in default." Since the claim of Planet Home Lending appear to be in default, per the proof of claim, the claim should be provided for in Class 1 of the plan.

## II.

## POINTS AND AUTHORITIES

11 U.S.C §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R.648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R.510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee requests that the Trustee's objection to confirmation of the plan be sustained.

DATED: 4/08/2024

Respectfully submitted,
/s/ Lilian G. Tsang
Lilian G. Tsang,
Chapter 13 Trustee