**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                    ) Case No. 24-10441 - A - 13
James Reland Whitehead,                  ) Docket Control No. LGT-1
           Debtor.                       ) Document No. 17
                                         ) Date: 04/25/2024
                                         ) Time: 9:30 AM
_____  ) Dept: A
```

**Order**

For the reasons set forth in the court's minutes, docket number 20, IT IS ORDERED that the objection to confirmation of plan is SUSTAINED.

Dated: April 25 2024

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[17] - Objection to Confirmation of Plan by Trustee Lilian G. Tsang [LGT-1] (Tsang, Lilian)