2
Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 24-10441 |
| JAMES RELAND WHITEHEAD<br>XXX-XX-8892 | DC NO.: LGT-2 |
| | CHAPTER 13 TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 |
| Debtor | DATE: August 22, 2024<br>TIME: 9:30 am<br>PLACE: U.S. Courthouse<br>5th Floor, Dept A, Courtroom 11<br>2500 Tulare Street<br>Fresno. CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

**YOU AND EACH OF YOU are hereby notified that as of July 12, 2024, Debtor is delinquent in the amount of $20,270.84 and that Lilian G. Tsang, Chapter 13 Standing Trustee, will move to dismiss the case at the above time and place if Debtor does not pay the above stated amount in addition to the plan payment due on July 25, 2024:**

1. Pursuant to 11 USC §1307(c)(1) and (c)(4), cause exists to dismiss this case as Debtor has failed to make all payments due under the plan.

2. As of July 12, 2024, Debtor has failed to make all payments due under the plan. Payments are delinquent in the amount of $20,270.84.

3. While this motion is pending, further payments will come due. In addition to the above amount, Debtor must also continue to make the monthly plan payment of $6,767.71 for

-1-

July 25, 2024.

4. The Trustee believes dismissal rather than conversion is in the best interest of the creditors and the estate, as dismissal will allow creditors to pursue their claims outside of bankruptcy.

**WHEREFORE**, the Trustee requests that the court dismiss this case.

DATED: 7/12/2024

Respectfully submitted,

/s/ Lilian G. Tsang

Lilian G. Tsang,
Chapter 13 Trustee