Timothy C. Springer, Esq. #207229
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In the Matter of:

JAMES RELAND WHITEHEAD

Debtor

Case No. 24-10441-A-11

DCN: LGT-2

CHAPTER 13

**DEBTORS' NON-OPPOSITION TO GRANTING OF MOTION**

DATE: August 22, 2024
TIME: 9:30 am
PLACE:
U.S. Courthouse
5th Floor, Dept A, Courtroom 11
2500 Tulare Street
Fresno, CA 93721
JUDGE: Hon. Jennifer E. Niemann

The Debtors do not oppose the granting of the motion filed by the Chapter 13 Trustee requesting dismissal of the Debtor's Chapter 13.

Date: August 9, 2024

Respectfully Submitted,

The Law Offices of Timothy C. Springer

By Timothy Springer,
Attorney for Debtor

Page 1

Non-Opposition